**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-2402**

_____

DONOVAN R. MURRAY,

                       Petitioner - Appellant,

    versus

COMMISSIONER OF THE INTERNAL REVENUE SERVICE,

                       Respondent - Appellee.

_____

Appeal from the United States Tax Court.  (Tax Ct. No. 95-2589)

_____

Submitted:  January 11, 1996      Decided:  January 23, 1996

_____

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Donovan R. Murray, Appellant Pro Se.  Gary R. Allen, William Sears Estabrook, III, Paula Keyser Speck, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the tax court's order upholding the Commissioner's assessment of deficiencies and penalties with respect to his 1990, 1991, and 1993 federal income tax liabilities. We have reviewed the record and the tax court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the tax court. <u>Murray v. Commissioner</u>, Tax Ct. No. 2589-95 (U.S. Tax Ct., June 15, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2